UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ISLAND TREE, LLC, ANTONIO HARRIS, and BRANDON ALLEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>KOMODO BRANDS, LLC and FRANCOIS LUBIN,<br><br>        Defendants. | Case No. 2:18-cv-50 |

## REPORT AND RECOMMENDATION

On March 6, 2018, the court ordered that the plaintiff, Island Tree, LLC, shall have up to and including April 6, 2018, to retain counsel as required by law. An attorney has not filed an appearance on behalf of Island Tree within the time allowed by this court's order. Therefore, it is **RECOMMENDED** that the plaintiff, Island Tree, LLC, be dismissed from this matter.

Pursuant to **28 U.S.C. 636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 10th day of April, 2018.

/s/ Andrew P. Rodovich
United States Magistrate Judge