UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Island Tree, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Komodo Brands, LLC, *et al.*, <br><br> Defendants. | Case No. 2:18-CV-50 JVB |

### ORDER

On March 6, Magistrate Judge Andrew Rodovich ordered that Plaintiff Island Tree, LLC, retain counsel as required by law, by April 6. To date, no counsel has appeared on behalf of Island Tree, LLC, and Judge Rodovich has submitted a report and recommendation recommending that the Court dismiss Plaintiff Island Tree, LLC because it remains unrepresented. Judge Rodovich's order instructed the parties that they had fourteen days to object to the report and recommendation, but no objections have been filed.

The Court accepts Judge Rodovich's report and recommendation and dismisses Plaintiff Island Tree, LLC, from this case.

SO ORDERED on June 5, 2018.

s/ Joseph S. Van Bokkelen<br>
JOSEPH S. VAN BOKKELEN<br>
UNITED STATES DISTRICT JUDGE